828

BETH B. KOLETAR, Respondents.— Memorandum: Upon the facts here presented, we conclude that "a vacancy in a nomination made at a fall primary" was not created within the meaning of the language of subdivision 3 of section 140 of the Election Law. Oral application for leave to appeal to the Court of Appeals denied. This, of course, does not prevent an application being made directly to the Court of Appeals. (Appeal from an order of Erie Special Term denying application to have Board of Elections accept certificate of nomination as valid.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. (Decision and order entered Oct. 17, 1961.)

In the Matter of DANIEL J. NAPLES et al., Appellants, v. PETER B. CARR, Respondent.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. (Decision and order entered Oct. 17, 1961.)

In the Matter of the Construction of the Will of TINA H. HALE, Deceased.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of the Estate of TINA H. HALE, Deceased.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of the Construction of the Will of TINA H. HALE, Deceased.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

(A) MARY DRABEK, Appellant, v. JOHN KAMINSKI et al., Respondents. (B) DAVID A. WHITT, an Infant by LAWRENCE R. WHITT, His Guardian ad Litem, et al., Appellants, v. TOWN OF PORTER, et al., Respondents. (C) BLANCHE SIEKIERSKI, Plaintiff, v. RALPH J. DERLETH et al., Defendants. JOHN SIEKIERSKI, Plaintiff, v. RALPH J. DERLETH et al., Defendants. (D) WILLIAM J. BASHAW, Respondent, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles of the State of New York, Appellant.— [In each action] Appeal dismissed, without costs, upon stipulation.

(A) CONSTANCE BOONE et al., Appellants, v. BARBARA SZYNKOWSKI et al., Respondents. (B) GILBERT H. GOKEY, Appellant, v. FORD MOTOR COMPANY et al., Respondents. (C) PAUL M. GROVE, JR., Individually and as Administrator of the Estate of FRANCES GROVE, Deceased, Appellant, v. ADELAIDE BLANCHARD et al., Respondents. (D) JEAN GRUET, Respondent, v. CHARLES GRUET, Appellant. (E) ARTHUR LEWIS, Appellant, v. LUIGI BATTAGLIA et al., Doing Business as BILL'S ACE OF HEARTS RESTAURANT, Respondents. (F) THEODORE L. MARTIN, Appellant, v. LAFAYETTE THEATRE BUILDING, INC., Respondent. (G) MARTIN O'CONNOR, Appellant, v. LAFAYETTE THEATRE BLDG., INC., Respondent. (H) DELIA STEVENS, Appellant, v. NATIONAL BANK OF AUBURN, as Executor of ORA H. EVERETT, Deceased, Respondent.— [In each action] Motion granted and appeal dismissed.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRON DARLING, v. WALTER H. WILKINS, as Warden of Attica Prison. (Richard Yunker, Esq., for Glenn Charles, Esq.; order entered Sept. 26, 1961.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. SIGMUND ZOCHOWSKI. (Eugene W. Bergin, Esq., for Donald L. Bilgore, Esq.; order entered Oct. 3, 1961.) (C) THE PEOPLE OF

THE STATE OF NEW YORK v. HANNS W. STEUERWALD. (John Swerdloff, Esq., for Charles F. Crimi, Esq.; order entered Oct. 3, 1961.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT CHARLES MARRIOTT. (William Bell, Esq., for Ira M. Birnbaum, Esq.; order entered Oct. 3, 1961.) (E) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE STANLEY BAUM. (Lynn H. Smith, Esq., for G. William Lemax, Esq.; order entered Oct. 4, 1961.) (F) THE PEOPLE OF THE STATE OF NEW YORK v. SIGMUND ZOCHOWSKI. (Ronald B. Klineman, Esq., for Eugene W. Bergin, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. LUTHER VARNER. (Eli H. Frankel, Esq. for Arnold T. Lieberman, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. STANLEY WIECZOREK. (Harold M. Halpern, Esq., for Jay E. Brett, Esq.)— [In each action] Order of substitution of attorneys entered.

■ In the Matter of the Appointment of Members of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.— Saul H. Alderman, Esq., of Syracuse, N. Y., and N. Earle Evans, Jr., Esq., of Syracuse appointed as members.

■ In the Matter of JAMES ZEBO.— Motion granted to prosecute appeal on typewritten record and briefs, case placed on calendar for argument on October 17, 1961 and stay continued pending hearing and determination of appeal. (Order entered Oct. 17, 1961.)

■ COASTAL CONSTRUCTION CORPORATION, Respondent v. SAMUEL KOSOFF & SONS, INC., Appellant and Third-Party Plaintiff. LINCOLN NATIONAL BANK & TRUST CO. et al., Third-Party Defendants-Appellants, et al., Third-Party Defendant.— Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ LEO KACZMAREK, Respondent v. STANLEY CIACIUCH et al., Respondents. JAKE B. BURKETT, Appellant, v. STANLEY CIACIUCH et al., Respondents. (And 3 Other Cases.) — Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ ANTOINETTE M. DOYLE, Appellant, v. ILENE McC. SWIENTON et al., Respondents.— Appeal dismissed, without costs, for failure to comply with previous order.

■ In the Matter of RAY B. MARTIN, Appellant, v. WILLIAM E. BURKE et al., Respondents.— Motion granted and order dismissing appeal vacated on condition that original record and appellant's brief be filed and served on or before October 26, 1961. Respondents directed to file brief on or before November 16, 1961, and case added to November 1961 Term Calendar; stay continued pending argument and determination of appeal.

■ JOAN BROOKS et al., by HAROLD BROOKS, Their Guardian ad Litem, Respondents, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant.— Motion granted and time for argument of appeal extended to include November 1961 Term on condition that appellant's brief is filed and served on or before November 1, 1961. Respondents directed to file brief by November 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LAPLACA, Appellant.— Motion granted and case removed from October 1961 Term Calendar and placed on January 1962 Term Calendar.

■ SAM ACHTER, Respondent, v. MARY KINGSTON, Appellant.— Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ NORBERT F. JOHNSON, Appellant, v. CITY OF SYRACUSE, Respondent.— Motion granted to prosecute appeal on original stenographic minutes of trial, including Judge's charge, an original and five typewritten copies of the judgment roll, and five typewritten copies of appellant's brief, one of which shall be the ribbon copy.